| PROB 22 (Rev. 2/88) | | CASE NUMBER (Tran. Court) 09-CR-000510-004 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | RECEIVED MAY 29 2013 AT 8:30 WILLIAM T. WALSH CLERK | CASE NUMBER (Rec. Court) 3-13-CR-362 (AET) |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Charles Silvani 20 Sylvan Road Howell, NJ 07731 | DISTRICT Eastern District of Pennsylvania | DIVISION Probation |
| | NAME OF SENTENCING JUDGE The Honorable Joel H. Slomsky | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 03/14/2011 — TO 03/13/2016 |

**OFFENSE**

Conspiracy to manufacture 1,000 or more marijuana plants (Count One); Manufacture of 1,000 or more marijuana plants; aiding & abetting (Count Two); and Possession with intent to distribute 1,000 or more marijuana plants; aiding & abetting (Count Three).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 18, 2013                     Joel Slomsky
Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of New Jersey

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 23, 2013                       Anne E. Thompson
Effective Date                     United States District Judge